No. 83–5217. LOPEZ ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 83–5218. WARE *v.* OWENS-ILLINOIS, INC. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 83–5220. SIVRIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 83–5223. ALLEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–5225. CLARK *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–5228. ALEXANDER *v.* ZEANAH ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 83–5230. MATTHEWS *v.* UNITED STATES; and
No. 83–5232. HOFFMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 711 F. 2d 1066.

No. 83–5233. JAY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 83–5234. TILLMAN *v.* VAN NESS ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 83–5235. YEAGER *v.* WILKINSON, WARDEN. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 83–5236. ZERILLI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 83–5239. PRICE *v.* MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 83–5242. MCQUEEN *v.* BARBER ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–5246. WARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 83–5247. FARMER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.